# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139040(58)

LAKETON TOWNSHIP
     Plaintiff-Appellant,

v

     SC: 139040
     COA: 276986
     Muskegon CC: 06-044687-CE

ADVANSE, INCORPORATED,
     Defendant-Appellee.

_____/

On order of the Court, the motion for reconsideration of this Court's October 28, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

_____
Clerk

y0125